# Supreme Court of Texas

Misc. Docket No. 22-9106

**Transfer of Case From the
First Court of Appeals to the
Fourteenth Court of Appeals**

Pursuant to Tex. Gov't Code § 73.001, the following case is hereby transferred from the Court of Appeals for the First District, Houston, Texas, to the Court of Appeals for the Fourteenth District, Houston, Texas:

Case No. 01-22-00866-CV
*In the Interest of W.Y.G.M. aka W.G.G. and J.N.G.-A, aka J.A., children
v. Department of Family and Protective Services*

The First Court of Appeals will make the necessary orders for the transfer of the case directed hereby and will cause the Clerk of that Court to transfer or transmit all filings in the case, and verify all orders made, to the Fourteenth Court of Appeals. Upon completion of the transfer, the First Court of Appeals shall provide notice of the transfer to the Supreme Court and the State Office of Court Administration.

**ORDERED by the Supreme Court of Texas, in Chambers,**

With the Seal thereof affixed at the City of Austin, this 30th day of November, 2022.

BLAKE A. HAWTHORNE, CLERK
THE SUPREME COURT OF TEXAS